1

2

3

4

5

6

# UNITED STATES DISTRICT COURT

7

EASTERN DISTRICT OF CALIFORNIA

8

9

10

11

12

13

14

| | |
|---|---|
| RONALD ROBINS, | ) 1:08-cv-00997-TAG HC |
| | ) |
| Petitioner, | ) ORDER DISMISSING PETITION FOR WRIT |
| | ) OF HABEAS CORPUS FOR LACK OF |
| v. | ) JURISDICTION |
| | ) |
| | ) ORDER DIRECTING CLERK OF COURT TO |
| JAMES A. YATES, | ) SEND PETITION FORM FOR FILING CIVIL |
| | ) RIGHTS COMPLAINT PURSUANT TO |
| Respondent. | ) 42 U.S.C. § 1983 |
| | ) |

15

16

17

18

19

Petitioner is a state prisoner proceeding pro se on a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On July 14, 2008, Petitioner filed his petition for writ of habeas corpus in this Court.  (Doc. 1).

20

21

22

23

24

Petitioner contends that his constitutional rights to due process and a fair hearing were denied as a result of a prison disciplinary proceeding at which Petitioner was found guilty of possession of tobacco.  The hearing officer's report indicates that, due to due process concerns, Petitioner did not suffer any loss of credits.  (Doc. 1, Rules Violation Report ("RVR") dated July 9, 2007, p. 1).

25

**DISCUSSION**

26

27

28

Rule 4 of the Rules Governing § 2254 Cases requires the Court to make a preliminary review of each petition for writ of habeas corpus.  The Court must dismiss a petition "[i]f it plainly appears from the face of the petition . . . that the petitioner is not entitled to relief."  Rule

1

1   4 of the Rules Governing  2254 Cases; see also Hendricks v. Vasquez, 908 F.2d 490

2   (9th Cir.1990).  A federal court may only grant a petition for writ of habeas corpus if the

3   petitioner can show that "he is in custody in violation of the Constitution . . . ."  28 U.S.C.

4   § 2254(a).  A habeas corpus petition is the correct method for a prisoner to challenge the "legality

5   or duration" of his confinement.  Badea v. Cox, 931 F.2d 573, 574 (9th Cir. 1991)(quoting

6   Preiser v. Rodriguez, 411 U.S. 475, 485 (1973)); Advisory Committee Notes to Rule 1 of the

7   Rules Governing Section 2254 Cases.   In contrast, a civil rights action pursuant to 42 U.S.C.

8   § 1983 is the proper method for a prisoner to challenge the conditions of that confinement.

9   McCarthy v. Bronson, 500 U.S. 136, 141-42 (1991);  Preiser, 411 U.S. at 499; Badea, 931 F.2d at

10  574; Advisory Committee Notes to Rule 1 of the Rules Governing Section 2254 Cases.

11       In this case, Petitioner complains that Respondent violated his constitutional rights to due

12  process and a fair hearing by the manner in which the prison disciplinary hearing process was

13  conducted.  As mentioned, as a result of that process, Petitioner did not suffer any credit loss but

14  was instead reprimanded and counseled.  (Doc. 1, RVR dated July 9, 2007, p. 1).  Petitioner does

15  not challenge either the underlying conviction or his sentence.  Moreover, the process Petitioner

16  has challenged, i.e., the prison disciplinary process, did not result in the loss of any credits by

17  Petitioner.

18       Petitioner is thus challenging the conditions of his confinement, not the fact or duration of

19  that confinement.  Hence, there is no habeas relief which this Court can provide to Petitioner, and

20  therefore this petition must be dismissed.  Should Petitioner wish to pursue his claims, Petitioner

21  must do so by way of a civil rights complaint pursuant to 42 U.S.C. § 1983.

22                                                              **ORDER**

23       Accordingly, the Court HEREBY ORDERS:

24       1.  That the petition for writ of habeas corpus (Doc. 1), is DISMISSED because the

25            petition does not allege grounds that would entitle Petitioner to habeas corpus relief; and

26  ///

27  ///

28  ///

1    2.  That the Clerk of Court is DIRECTED to send Petitioner the standard form for claims

2    pursuant to 42 U.S.C. § 1983.

3

4    IT IS SO ORDERED.

5    Dated:   **October 8, 2008**                                    **/s/ Theresa A. Goldner**
                                                                UNITED STATES MAGISTRATE JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28